James G. Jones (SBN 043449)
  jjones@joneslester.com
Greg May (SBN 162904)
  gmay@joneslester.com
JONES & LESTER
300 E. Esplanade Drive, Ste. 1200
Oxnard, CA  93036-1247
Telephone:  (805) 604-2655
Fax:  (805) 604-2656

Attorneys for Plaintiff
APPLIED MERCHANT SYSTEMS
WEST COAST, INC.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED MERCHANT SYSTEMS WEST COAST, INC., a Nevada Corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>HRVA BROADWAY BUS TOURS, LLC, a Virginia Limited Liability Company; HELEN G. COHEN, an individual; and BRUCE COHEN, an individual,<br><br>         Defendants. | Case No. 2:13-cv-08024-BRO-PLA<br><br>**JUDGMENT AGAINST DEFENDANTS BRUCE COHEN AND HRVA BROADWAY BUS TOURS, LLC PURSUANT   TO FED. R. CIV. P. 54(b)** |

1

JUDGMENT

6451.07/208844.1

For the reasons set forth in the Court's "CIVIL MINUTES – ORDER RE DEFAULT JUDGMENT" entered on February 24, 2014 (Dkt. No. 19), granting in part and denying in part Plaintiff's application for entry of default judgment (Dkt. No. 16), and CIVIL MINUTES – GENERAL: ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S SUPPLEMENTAL APPLICATION FOR DEFAULT JUDGMENT (Dkt. No. 22), granting in part and denying in part Plaintiff's supplemental application for entry of default judgment (Dkt. No. 20), and the Court's June 11, 2015 order (Dkt. No. 40), certifying entry of final judgment pursuant to Fed. R. Civ. P. 54(b) as to defendants Bruce Cohen and HRVA Broadway Bus Tours, LLC:

IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT is hereby entered as follows:

(1) on the First Claim for Relief for Breach of Contract, in favor of plaintiff Applied Merchant Systems West Coast, Inc. against defendant HRVA Broadway Bus Tours, LLC, in the amount of Two Hundred Sixty-Eight Thousand Seven Hundred and Seventy-Eight Dollars ($268,778.00) in damages;

(2) on the Second Claim for Relief for Fraud, in favor of plaintiff Applied Merchant Systems West Coast, Inc. against defendants Bruce Cohen and HRVA Broadway Bus Tours, LLC, jointly and severally, in the amount of Two Hundred Sixty-Seven Five Hundred and Fifty-Three Dollars ($267,553.00) in damages;

(3) plaintiff is not entitled to recover for the same loss in both contract and tort, and plaintiff's total damages recovery may not exceed Two Hundred Sixty-Eight Thousand Seven Hundred and Seventy-Eight Dollars ($268,778.00), exclusive of interest.

DATED: August 24, 2015        _____

UNITED STATES DISTRICT JUDGE